UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL KATHLEEN BENTLEY,<br><br>         Plaintiff,<br><br>v.<br><br>NAVIHEALTH, INC., and DOES 1-10, inclusive,<br><br>         Defendant. | Case No.: 19-CV-1298 JLS (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO STAY PENDING MEDIATION**<br><br>(ECF No. 12) |

   Presently before the Court is the Parties' Joint Motion to Stay Pending Mediation. ECF No. 12. The Parties represent that they have voluntarily agreed to mediate this litigation and the first available date for the Parties and their mediator is March 12, 2020. *Id.* at 3. The Parties request a stay of the entire matter until March 19, 2020, and propose to jointly report to the Court the results of the mediation. *Id.* at 4.

   "District courts have inherent authority to stay proceedings before them." *Rohan ex rel. Gates v. Woodford*, 334 F.3d 803, 817 (9th Cir. 2003), *abrogated on other grounds by Ryan v. Gonzales*, 568 U.S. 57 (2013). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). In light of the foregoing, the Court finds that granting the

requested stay would best promote the interests of securing a just, speedy, and inexpensive determination of the action. *See* Fed. R. Civ. P. 1. Accordingly, the Court **GRANTS** the Parties' Joint Motion. This action is hereby **STAYED** until March 19, 2020. The Court **VACATES** all deadlines, including the ENE and CMC scheduled for October 31, 2019. The Parties **SHALL FILE** a joint status report regarding the results of the mediation and the Parties' positions as to whether the stay should be lifted <u>on or before March 17, 2019</u>.

    **IT IS SO ORDERED.**

Dated: October 7, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge