MESERVY LAW, P.C.
LONDON D. MESERVY (SBN: 216654)
london@meservylawpc.com
401 West A Street, Suite 1712
San Diego, CA 92101
Telephone:  858.779.1276
Facsimile:   866.231.8132

DENTE LAW, P.C.
MATTHEW S. DENTE (SBN: 241547)
matt@dentelaw.com
5040 Shoreham Place
San Diego, CA 92122
Telephone: 619.550.3475
Facsimile:  619.342.9668

Attorneys for Attorneys for Plaintiff Jill Kathleen Bentley and for Members of the Class, Paystub Subclass, and Waiting Time Subclass

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL KATHLEEN BENTLEY,<br><br>Plaintiff,<br><br>            Plaintiff,<br><br>     v.<br><br>NAVIHEALTH, INC. AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.:    3:19-cv-01298-JLS (WVG)<br><br>**<u>CLASS ACTION</u>**<br><br>**<u>REPRESENTATIVE ACTION</u>**<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:    September 17, 2020<br>Time:   1:30 p.m.<br>Judge:  Hon. Janis L. Sammartino<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

- 1 -

1  TO THE COURT AND ALL INTERESTED PARTIES:

2      PLEASE TAKE NOTICE THAT on September 17, 2020, at 1:30 p.m., or as soon
3  thereafter as the matter can be heard, in Courtroom 4D of the United States District
4  Court for the Southern District of California, located at 221 West Broadway, San Diego,
5  California 92101, Plaintiff Jill Kathleen Bentley ("Plaintiff") will, and hereby does,
6  move the Court to grant preliminary approval of the parties' proposed class action
7  settlement. Specifically, Plaintiff requests that the Court issue an order: (a) granting
8  preliminary approval of the proposed class settlement; (b) granting conditional
9  certification of the settlement class; (c) authorizing the mailing of the proposed class
10 notice; and (d) scheduling a "fairness hearing" for final approval of the settlement.
11 Plaintiff's motion is unopposed.

12     This motion is made pursuant to Rule 23(e) of the Federal Rules of Civil
13 Procedure.

14     Plaintiff makes this motion on the grounds that the proposed settlement is fair,
15 reasonable, and adequate; it is well within the range of possible final approval; and the
16 notice procedures proposed by the parties are adequate to ensure the opportunity of class
17 members to participate in, opt out of, or object to the settlement.

18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

CASE NO.: 3:19-cv-01298-JLS (WVG)      NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL

- 2 -

This motion is based upon this notice of motion and unopposed motion, the accompanying memorandum of points and authorities in support of the motion, the declarations of London D. Meservy and Matthew S. Dente and attached exhibits, such evidence and argument of counsel as may be presented at the hearing, the complete files and records in the above-captioned matter, and such additional matters as the Court may consider.

Dated: July 24, 2020

MESERVY LAW, P.C.
DENTE LAW, P.C.

By: /s/ London D. Meservy
    LONDON D. MESERVY (SB# 216654)

Attorneys for Plaintiff Jill Kathleen Bentley and for Members of the Class, Paystub Subclass, and Waiting Time Subclass