MESERVY LAW, P.C.
LONDON D. MESERVY (SBN: 216654)
london@meservylawpc.com
401 West A Street, Suite 1712
San Diego, CA 92101
Telephone: 858.779.1276
Facsimile: 866.231.8132

DENTE LAW, P.C.
MATTHEW S. DENTE (SBN: 241547)
matt@dentelaw.com
5040 Shoreham Place
San Diego, CA 92122
Telephone: 619.550.3475
Facsimile: 619.342.9668

Attorneys for Attorneys for Plaintiff Jill Kathleen Bentley and for Members of the Class, Paystub Subclass, and Waiting Time Subclass

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL KATHLEEN BENTLEY,<br><br>Plaintiff,<br><br>Plaintiff,<br><br>v.<br><br>NAVIHEALTH, INC. AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 3:19-cv-01298-TWR (WVG)<br><br>**CLASS ACTION**<br><br>**REPRESENTATIVE ACTION**<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: May 5, 2021<br>Time: 1:30 p.m.<br>Judge: Hon. Todd W. Robinson<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT on May 5, 2021, at 1:30 p.m., or as soon thereafter as the matter can be heard, in Courtroom 3A of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Plaintiff Jill Kathleen Bentley ("Plaintiff") will, and hereby does, move the Court for an order granting final approval of the class action settlement between Plaintiff and Defendant which was preliminarily approved by this Court on December 29, 2020. (Dkt. No. 27)

Specifically, Plaintiff respectfully requests that the Court issue an order: (i) granting final approval of the Settlement[1]; (ii) approving distribution of the Net Distribution Fund to Participating Class Members and the California Labor & Workforce Development Agency; (iii) approving Class Counsel's Fees Award of $670,000 and Class Counsel Costs Award of $9,159.61; (iv) approving Plaintiff's Service Award of $12,000; (v) and approving Settlement Administration Costs of $5,000 to Simpluris. Plaintiff's motion is unopposed.

This motion is made pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

Plaintiff makes this Motion on the grounds that the Settlement is fair, adequate, and reasonable and that all Class Members have been given the opportunity to participate in, opt-out of, or object to the proposed Settlement. No Class Member opted out of or objected to the Settlement.

This motion is based upon this notice of motion and unopposed motion, the accompanying memorandum of points and authorities in support of this motion, the declarations of London D. Meservy and Matthew S. Dente and attached exhibits, the

---

[1] Unless otherwise noted, all capitalized terms shall have the same definition as set forth in the Joint Stipulation for Class, Collective, and PAGA Representative Action Settlement and Release (the "Settlement"). A true and correct copy of the Settlement is attached as Exhibit 1 to the Declaration of London D. Meservy in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement. (ECF No. 22-2).

declaration of Meagan Brunner and attached exhibit, such evidence and argument of counsel as may be presented at the hearing, and the complete files and records in the above-captioned matter including, but not limited to: Plaintiff's Motion for Attorneys' Fees and Costs (Dkt. No. 28), the accompanying memorandum of points and authorities (Dkt. No. 28-1), and the declarations of London D. Meservy (Dkt. No. 28-2) and Matthew S. Dente (Dkt. No. 28-3) and attached exhibits, and such additional matters as the Court may consider.

Dated: April 14, 2021

MESERVY LAW, P.C.
DENTE LAW, P.C.

By: /s/ London D. Meservy
    LONDON D. MESERVY (SB# 216654)

Attorneys for Plaintiff Jill Kathleen Bentley and for Members of the Class, Paystub Subclass, and Waiting Time Subclass